# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  REAPPOINTMENT TO | : | No. 455 |
| | : | |
| CRIMINAL PROCEDURAL | : | CRIMINAL PROCEDURAL RULES |
| | : | DOCKET |
| RULES COMMITTEE | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 5th day of September, 2014, The Honorable Charles Ehrlich, Philadelphia, is hereby reappointed as a member of the Criminal Procedural Rules Committee for a term of three years commencing October 1, 2014.